

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 26  AM 8:38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD TILL** | CIVIL ACTION |
| **VERSUS** | NO. 05-2645 |
| **WARDEN JAMES LEBLANC** | SECTION "K"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed Donald Till is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 25th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

\_\_\_ Fee_____
\_\_\_ Process_____
\_X\_ Dktd_____
\_√\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No_____